No. 80, Orig.  COLORADO *v.* NEW MEXICO ET AL.  Report of the Special Master on the Equitable Apportionment of the Vermejo River is received and ordered filed.  Exceptions, if any, with supporting briefs to the Report may be filed by the parties within 45 days.  Reply briefs, if any, to such Exceptions may be filed within 30 days.  [For earlier order herein, see, *e. g.*, 449 U. S. 1007.]

No. 85, Orig.  TEXAS *v.* OKLAHOMA.  Report of the Special Master on motion for entry of judgment is received and ordered filed.  Exceptions, if any, with supporting briefs to the Report may be filed by the parties within 30 days.  Reply briefs, if any, to such Exceptions may be filed within 15 days.  [For earlier order herein, see, *e. g.*, 452 U. S. 957.]

No. 78–1545.  ZIPES ET AL. *v.* TRANS WORLD AIRLINES, INC.; and

No. 80–951.  INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS *v.* TRANS WORLD AIRLINES, INC., ET AL.  C. A. 7th Cir.  [Certiorari granted, 450 U. S. 979.]  Motion of respondent Trans World Airlines, Inc., for leave to file a supplemental brief after argument granted.  JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 80–644.  G. D. SEARLE & CO. *v.* COHN ET AL.  C. A. 3d Cir.  [Certiorari granted, 451 U. S. 905.]  Motion of respondents for leave to file a supplemental brief after argument granted.

No. 80–1002.  BOARD OF EDUCATION OF THE HENDRICK HUDSON CENTRAL SCHOOL DISTRICT, WESTCHESTER COUNTY, ET AL. *v.* ROWLEY, BY HER PARENTS, ROWLEY ET UX.  C. A. 2d Cir.  [Certiorari granted, 454 U. S. 961.]  Motion of respondents to permit interpretation of oral argument granted.  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.